**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACK DURIE,

                          Petitioner,

-vs-                                                             Case No.  6:05-cv-421-Orl-31JGG


STATE   OF   FLORIDA,   SECRETARY,
DEPARTMENT OF CORRECTIONS and FLORIDA
ATTORNEY GENERAL,

                          Respondents.

_____

## ORDER

Petitioner has filed a Notice to All Interested Parties (Doc. No. 27, filed September 21, 2005)

and a Notice of Service of Materials (Doc. No. 28, filed September 21, 2005), which are actually

supporting memoranda of law and case citations in support of Petitioner's habeas petition.

The Court previously struck memoranda of law filed by Petitioner because they violated

Local Rule 3.01(c), and Petitioner eventually filed a memorandum of law (Doc. No. 15) in

compliance with Local Rule 3.01(c).  Petitioner has attempted to file additional memoranda of law

under the guise of a notice to the Court, which have been stricken.  *See* Court's Order of September

12, 2005 (Doc. No. 23).  Petitioner will not be permitted to circumvent Local Rule 3.01(c) by filing

yet another memorandum of law under the guise of a notice of the Court.

After Respondents file a response to Petitioner's habeas petition, the Court will enter an

Order allowing Petitioner to file a reply.  Until that time, Petitioner should not file any additional

memoranda of law.  The failure to fully comply with this Order will result in the imposition of

sanctions.

Accordingly, Petitioner's Notice to All Interested Parties (Doc. No. 27, filed September 21, 2005) and a Notice of Service of Materials (Doc. No. 28, filed September 21, 2005) are hereby **STRICKEN** and shall be removed from the record and returned to Petitioner by the Clerk of the Court.

**DONE AND ORDERED** at Orlando, Florida, on this 22nd day of September, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc  9/22
Counsel of Record
Jack Durie