**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACK DURIE,

                Petitioner,

-vs-                                    Case No.  6:05-cv-421-Orl-31JGG

STATE OF FLORIDA, SECRETARY,
DEPARTMENT OF CORRECTIONS and
FLORIDA ATTORNEY GENERAL,

                Respondents.
_____

**ORDER**

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION TO ACCEPT FOUR ATTACHMENTS (Doc. No. 55)** |
| **FILED:** | **November 28, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has already filed numerous pleadings and exhibits in this case. Petitioner has now filed his "final reply" (Doc. No. 56), and he should refrain from filing any further replies or exhibits in this case. The Court will inform the parties if any additional exhibits or memoranda of law are necessary. The Clerk of the Court is directed to return the proposed exhibits to Petitioner.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 29th day of November, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 11/29
Counsel of Record
Jack Durie